UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WALTER RANDOLPH SAMPLES,

    Plaintiff,

vs.

                              Case No:   8:13-cv-3163-T-30EAJ

INSURANCE ADMINISTRATIVE
SOLUTIONS, LLC,

    Defendant.
_____

## PLAINTIFF'S MOTION TO DISMISS WITHOUT PREJUDICE

Plaintiff, WALTER RANDOLPH SAMPLES, hereby moves this Court to dismiss the instant complaint without prejudice pursuant to Fed. R. Civ. P. 41(a)(2), and in support thereof, states as follows:

### SUPPORTING MEMORANDUM OF LAW

Plaintiff moves to dismiss the instant complaint without prejudice pursuant to Rule 41(a)(2), Fed. R. Civ. P.  This is the first dismissal of the claims asserted by Plaintiff against Defendant and there are no pending counterclaims by Defendant. Accordingly, Plaintiff respectfully requests that this Court dismiss the instant action without prejudice.

Respectfully submitted this 8th day of April, 2014.

                              /s/ David S. Shankman
                              David S. Shankman, Esq.
                              FBN: 0940186
                              dshankman@shankmanleone.com
                              Kendra Presswood, Esq.
                              FBN: 0935001
                              kpresswood@shankmanleone.com
                              SHANKMAN LEONE, P.A.
                              609 E. Jackson Street, Suite 100
                              Tampa, Florida 33602
                              Telephone: (813) 223-1099; Facsimile: (813) 223-1055
                              Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Marion F. Walker, Esq., Fisher & Phillips, LLP, 2323 2nd Avenue North, Birmingham, Alabama 35203; mfwalker@laborlawyers.com,Andrew Froman, Esq., afroman@laborlawyers.com, and Marci E. Britt, Esq.; mbritt@laborlawyers.com, Fisher & Phillips, LLP, 401 E. Jackson Street, Suite 2300, Tampa, Florida 33602, by electronic mail this 8th day of April, 2014.

/s/ David S. Shankman
Attorney