# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

WALTER RANDOLPH SAMPLES,

    Plaintiff,

v.                                           Case No: 8:13-cv-3163-T-30EAJ

INSURANCE ADMINISTRATIVE
SOLUTIONS, LLC,

    Defendant.

## ORDER OF DISMISSAL

Before the Court is the Plaintiff's Motion to Dismiss Without Prejudice (Dkt. #18).

Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Motion to Dismiss Without Prejudice (Dkt. #18) is GRANTED.

2. This cause is dismissed without prejudice.

3. All pending motions are denied as moot.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 9th day of April, 2014.

*/s/ James S. Moody, Jr.*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record